AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R et al.

V.

Arben Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

08 CIV. 4448

JUDGE KARAS

TO: (Name and address of defendant)

Arben Corp.
175 Maple Avenue
Pleasantville, New York 10570

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

MAY 1 3 2008
DATE

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  08CIV.4448          AND FILED ON          5/13/2008

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL Vs. ARBEN CORP. | Plaintiff(s)/Petitioner(s) <br><br> Defendant(s)/Respondent(s) |

STATE OF: NEW YORK ) SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ___5/22/2008___ at ___1:42PM___, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: ARBEN CORP.          (herein called recipient) therein named.
At Location: 175 MAPLE AVENUE
PLEASANTVILLE NY 10570

By delivering to and leaving with  PAT MORREALE  and that deponent knew the person so served to be the  MANAGING AGENT  of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM     Color of Skin: WH     Color of Hair: BRN/GR
Age: 50/55     Height: 5'7"
Weight: 160/175     Other Features: GLASSES

Sworn to before me on  5/27/2008

_Gay Williams_                    _Gary Williams_
                                   Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010