LML

Karas, J.

[illegible]

[illegible]

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: ______________

**WHEREAS**, the parties are desirous of resolving in this Stipulation of Settlement and Order of Discontinuance all disputes between them.

**NOW THEREFORE**, in consideration of the mutual promises set forth herein and other good and valuable consideration, the parties hereto mutually agree as follows:

1. Defendant ARBEN acknowledges that the sum of $38,405.[illegible] along with interest [illegible] $1,920.25 calculated [illegible] per annum for the six (6) month period [illegible] payment [illegible] hereafter is justly due and owing to the Plaintiff LOCAL 137 TRUST FUNDS.

2. Defendant ARBEN agrees to pay the total sum of $40,326.[illegible] as follows:

   a. $6,721.[illegible] on or before the [illegible] day of August, 2008;
   b. $6,721.00 on or before the [illegible] day of September, 2008;
   c. $6,721.00 on or before the [illegible] day of October, 2008;
   d. $6,721.[illegible] on or before the [illegible] day of November, 2008;
   e. $6,721.00 on or before the [illegible] day of December, 2008; and
   f. $6,721.00 on or before the [illegible] day of January, 2009

3. Each payment shall be made in the form of a check made payable to the "LOCAL 137 JOINT FUNDS" and forwarded to Plaintiffs' counsel, James M. Steinberg, Esq. [illegible] Brady McGuire & Steinberg, P.C., 603 Warburton Avenue, Hastings-on-Hudson, New York [illegible]

4. Defendant ARBEN hereafter agrees to remain current in the payment of all fringe benefit contributions owed on behalf of the LOCAL 137 members in its employ.

5. In the event of any default by the Defendant in the payment [illegible] under the provisions of this Stipulation, and provided that said default continues for a period of ten (10) days after [illegible] is sent to the Defendant [illegible] certified mail at 175 Marble Avenue, [illegible], New York 10570, the Clerk of the United States District Court for the Southern

[illegible] of New York is hereby [illegible] to enter judgment on the application of the Plaintiffs against the Defendant in the sum of $[illegible] and any accrued interest, less payments received plus liquidated damages calculated on the deficiency amount of $38,405.75 at the rate of twenty percent (20%) as prescribed by ERISA and [illegible] attorneys' fees in the amount of $[illegible], together with the costs and disbursements of this action.

[illegible] In exchange for the prompt and full payments of the amounts identified herein, the Plaintiffs waive any claims for liquidated damages and additional attorneys' fees and disbursements of this action otherwise available under the Employee Retirement Income Security Act of 1974 unless the conditions identified in paragraph 5 must be invoked.

[illegible] This action is hereby settled as to the Defendant herein.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the undersigned, including the attorneys of record for the Plaintiffs and the Defendant, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action be discontinued, without costs to either party as against the other, subject to reopening in the event of default or failure of any payment term or condition agreed to herein and contained in this Stipulation of Settlement and Order of Discontinuance.

IT IS HEREBY IN ADDITION STIPULATED AND AGREED, by and between the undersigned, including the attorneys of record for the Plaintiffs and the Defendant, that this Stipulation may be executed in any number of counterparts and by different parties.



[illegible]

[illegible]

[illegible]

[illegible]

DATED: 8/11/08